## FOURTH DEPARTMENT, DECEMBER, 1978

### (December 8, 1978)

■ DONALD SULLIVAN et al., Respondents, v MUNTER'S DELIVERY, INC., Appellant.—Order unanimously affirmed, with costs (see *Figliomeni v Board of Educ.,* 38 NY2d 178, 183; *Mann v Hunt,* 283 App Div 140). (Appeal from order of Erie Supreme Court—set aside verdict.) Present—Marsh, P. J., Moule, Simons, Schnepp and Witmer, JJ.

■ ARCON SYSTEMS, INC., Respondent, v RAYMOND LE CHASE, INC., Appellant.—Order unanimously affirmed, with costs. Motion to strike Point No. 3 from respondent's brief denied. (Appeal from order of Monroe Supreme Court—review—summary judgment.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.

■ NADINE V. HACKER, Appellant, v LINCOLN FIRST BANK OF ROCHESTER, Formerly LINCOLN ROCHESTER TRUST COMPANY, as Trustee of the Trust Created between LINCOLN ROCHESTER TRUST COMPANY, as Trustee, and ELISABETH B. FRAME, as Settlor, et al., Respondents.—Judgment unanimously affirmed, without costs, on the memorandum decisions at Special Term, Boomer, J. (see *Matter of Nichol,* 24 AD2d 191, mod on other grounds 19 NY2d 207). (Appeal from judgment of Monroe Supreme Court—settle trustee's account.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.

■ C. N. Y. PIPELINE CONSTRUCTION CORP., Respondent, v TOWN OF JERUSALEM et al., Defendants-Appellants, and Third-Party Plaintiffs-Appellants. K. G. WOODWARD AND ASSOCIATES et al., Third-Party Defendants-Respondents.—Order unanimously affirmed, with costs, for the reasons stated at Special Term, Mastrella, J. We only add that the record does not show the date of accrual of plaintiff's cause of action, as a basis for considering defendants' motion to dismiss under subdivision 3 of section 65 of the Town Law. (Appeal from order of Monroe Supreme Court—summary judgment.) Present—Marsh, P. J., Dillon, Hancock, Jr., Schnepp and Witmer, JJ.